

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DEMARIO D. WALKER, | ) | |
| Plaintiff, | ) | Civil Action No. 7:08cv00591 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| ROANOKE CLERKS, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

Plaintiff Demario D. Walker, a Mississippi inmate proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983. Walker has also requested to proceed in forma pauperis.

According to court records, Walker has filed at least three civil actions in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim.[1] Therefore, Walker may not proceed with this action unless he either pays the $350.00 filing fee or shows that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

As Walker has neither prepaid the filing fee nor demonstrated that he is "under imminent danger of serious physical injury,"[2] I dismiss his complaint without prejudice.

The Clerk is directed to send a certified copy of this Memorandum Opinion and the accompanying Order to the plaintiff.

ENTER: This 20th day of November, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge

---

[1] See Walker v. Mississippi Parole Board, et al., Civil Action No. 3:08cv132 (S.D. Miss. May. 29, 2008) (dismissed as frivolous); Walker v. Jackson, et al., Civil Action No. 5:08cv221 (S.D. Miss. July 14, 2008) (dismissed as malicious); Walker v. United States, et al., Civil Action No. 1:08cv3025 (E.D.N.Y. Aug. 18, 2008) (dismissed as frivolous).

[2] Walker alleges that the Roanoke County Clerk denied him and his "mail [sic]" partner a marriage licence and that the United Stats Army refused to accept Walker as a member of the armed forces because he is a homosexual. The court finds that Walker's allegations fail to demonstrate that he is under imminent danger of serious physical harm.